

**IT IS ORDERED as set forth below:**

Date: May 17, 2013                          _____

                                                                                    Robert E. Brizendine
                                                          U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DANNY LEE FORREST | : | |
| LAURIE MICHELLE FORREST | : | CASE NUMBER G11-24506-REB |
|    DEBTORS | : | JUDGE BRIZENDINE |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

     On May 8, 2013 at 9:30 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtors' failure to make Chapter 13 plan payments thus causing a delinquency in said plan. It further appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

     **ORDERED**, that the Debtors shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is

completed.  Debtors shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtors fail to make any payment due pursuant to the Plan on a timely basis for twenty-four (24) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors' attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

\_\_\_\_/s/_____         \_\_\_\_/s/_____
Eric W. Roach                                       Robert M. Gardner, Jr.
Attorney for Chapter 13 Trustee         Attorney for Debtors
GA Bar No. 143194                            GA Bar No. 284640
303 Peachtree Center Ave., NE         Hicks, Massey & Gardner LLP
Suite 120                                               53 W. Candler Street
Atlanta, GA  30303                            P.O. Box 721
                                                              Winder, GA 30680
                                                              *Signed by Eric W. Roach*
                                                              *with express permission*


Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303